FILED

DEC 18 2008

RICHARD W. W...
CLERK U.S. DIST...
...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. RAY, JR., | No. C 08-5287 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| D. K. SISTO, warden, | |
| Respondent. | |

Edward V. Ray, Jr., filed a petition for writ of habeas corpus on November 21, 2008. On that date, the court notified him in writing that his filing was deficient because his in forma pauperis application was incomplete in that it was missing page 4 of the application as well as a certificate of funds and a copy of his trust account statement. Ray sent a letter requesting to withdraw his petition for writ of habeas corpus because he was unable to obtain the materials required to complete his in forma pauperis application at this time. His request is construed as a request for voluntary dismissal and is GRANTED. This action is DISMISSED without prejudice to Ray filing a new petition with a complete in forma pauperis application or a filing fee. His in forma pauperis application is DENIED as incomplete. (Docket # 2.)

The dismissal of this action does not raise timeliness concerns for the habeas petitioner because his state court appeal is still pending, so the limitations period has not started. Petitioner is reminded, however, that he must file his federal habeas petition within the one-year deadline in 28 U.S.C. § 244(d).

IT IS SO ORDERED.

DATED: December 18, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWARD V RAY JR,

        Plaintiff,

v.

D K SISTO et al,

        Defendant.
_____/

Case Number: CV08-05287 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward V. Ray F-73521
CSP Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: December 19, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk